1  Cyrus Safa
   Attorney at Law: 13241
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail cyrus.safa@rohlfinglaw.com
5

6  Gerald M. Welt
   Attorney at Law: 1575
7  703 S. Eight St.
   Las Vegas, NV 89101
8  Tel.: (702)382-2030
   Fax: (702)684-5157
9
   Attorneys for Plaintiff
10 Haileslassie Godifay

11

12                **UNITED STATES DISTRICT COURT**
                       **DISTRICT OF NEVADA**
13

14

15 | HAILESLASSIE GODIFAY,           ) Case No.: 22:17-cv-01433-JAD-CWH
                                    )
16 |         Plaintiff,              ) MOTION TO EXTEND TIME TO
                                    ) FILE AN AMENDED APPLICATION
17 |    vs.                          ) TO PROCEED IN FORMA
                                    ) PAUPERIS AND/OR FILING FEE
18 | NANCY A. BERRYHILL,[1] Acting   )
     Commissioner of Social Security,)
19 |                                 )
             Defendant.              )
20 |                                 )
     _____  )
21

22        TO THE HONORABLE C.W. HOFFMAN, JR., UNITED STATES

23 MAGISTRATE JUDGE:

24

---

[1] Nancy A. Berryhill, the new Acting Commissioner of Social Security, should be substituted as the defendant in this suit per F.R.C.P. Rule 25(d). No further action need be taken pursuant to 42 U.S.C. § 405(g).

-1-

Plaintiff Haileslassie Godifay hereby moves the Court for an extension of time by seven (7) days from June 29, 2017 to July 6, 2017, for Plaintiff to pay the $350.00 filing fee, plus the $50.00 administrative fee, or an amended application to proceed *in forma pauperis*.

The Court denied Plaintiff's application to proceed *in forma pauperis* on May 30, 2017 due to what appeared to be a total monthly income of $7,000.00. Plaintiff informed Counsel that this was incorrect as the approximately $7,000.00 came in the form of two loans, against a separate lawsuit, over the course of several months, rather than a monthly income. Counsel requested that Plaintiff provide Counsel with all evidence related to the loans, including information related to the liens, in order to ensure complete accuracy in any amended application to proceed *in forma pauperis*. Plaintiff has provided Counsel with all but one document, which Plaintiff has requested and anticipates receiving within seven (7) days. Plaintiff respectfully requests more time to pay the filing fee or file an amended application to proceed *in forma pauperis*.

Counsel sincerely apologizes to the Court for any inconvenience this request may have caused.

DATE: June 29, 2017

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff HAILESLASSIE GODIFAY

IT IS SO ORDERED.

DATED: June 30, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 22:17-CV-01433-JAD-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 29, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____
Cyrus Safa
Attorneys for Plaintiff