Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
703 S. Eight St.
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157

Attorneys for Plaintiff
Haileslassie Godifay

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HAILESLASSIE GODIFAY, | Case No.: 2:17-cv-01433-JAD-CWH |
| Plaintiff, | SECOND MOTION TO EXTEND TIME TO FILE AN AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS AND/OR FILING FEE |
| vs. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE C.W. HOFFMAN, JR., UNITED STATES MAGISTRATE JUDGE:

---

[1] Nancy A. Berryhill, the new Acting Commissioner of Social Security, should be substituted as the defendant in this suit per F.R.C.P. Rule 25(d). No further action need be taken pursuant to 42 U.S.C. § 405(g).

-1-

1     Plaintiff Haileslassie Godifay hereby moves the Court for an extension of
2 time by seven (7) days from July 6, 2017 to July 13, 2017, for Plaintiff to pay the
3 $350.00 filing fee, plus the $50.00 administrative fee. This is Plaintiff's second
4 request.

5     Plaintiff previously requested an extension of seven (7) days in order to
6 gather paperwork which would indicate that the $7,000.00 of reported income
7 came in the form of loans against a separate lawsuit. Plaintiff provided evidence of
8 the loan but was unable to provide information regarding his lawsuit due to
9 difficulty reaching his attorney in that case.

10     Plaintiff has informed Counsel that he will pay the filing fee and
11 administrative fee. Plaintiff informed Counsel that he will not have access to the
12 funds until after the close of business today, July 6, 2017, which is the current due
13 date. Plaintiff will pay the filing fee upon receipt.

14     Counsel sincerely apologizes to the Court for any inconvenience this request
15 may have caused.

16 DATE: July 6, 2017         Respectfully submitted,

17                           LAW OFFICES OF LAWRENCE D. ROHLFING

18                           /s/ *Cyrus Safa*
19                         BY: _____
                              Cyrus Safa
20                               Attorney for plaintiff HAILESLASSIE GODIFAY

21 IT IS SO ORDERED

22 DATED: July 10, 2017

23 _____
C.W. HOFFMAN, JR.
24 UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-01433-JAD-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on July 6, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff