# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAILESLASSIE GODIFAY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:17-cv-01433-JAD-CWH<br><br>**ORDER** |

This matter is before the court regarding Plaintiff Haileslassie Godifay's payment of the $400.00 filing fee on July 13, 2017. (Receipt of Payment (ECF No. 8).)

The court previously denied Plaintiff's application to proceed *in forma pauperis* and ordered her to pay the filing fee. (Order (ECF No. 3).) Plaintiff timely complied with the court's order. Having previously concluded that Plaintiff may not proceed *in forma pauperis*, the court will not screen the complaint under 28 U.S.C. § 1915(e)(2)(B). This case will proceed on the normal litigation track as guided by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court must detach and file Plaintiff's complaint (ECF No. 1-1).

DATED: July 17, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge