Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
703 S. Eight St.
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157

Attorneys for Plaintiff
HAILESLASSIE GODIFAY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAILESLASSIE GODIFAY<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>　　　　Defendant. | Case No.: 2:17-cv-01433-JAD-CWH<br><br>[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 29, 2017, in which to file Plaintiff's motion for summary judgment and/or remand; and that all other deadlines set forth in the November 1,

-1-

1  2017 Case Management Order shall be extended accordingly.  IT IS SO
2  ORDERED.
3  DATE   December 1, 2017
4  _____
   THE HONORABLE CARL W. HOFFMAN
   UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 |
4 |     */s/Cyrus Safa*
BY: _____
5 |     Cyrus Safa
    Attorney for plaintiff